

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

)
)
)
)
)
UNITED STATES OF AMERICA           )
                    PLAINTIFF      )
                                   )
          V.                       )        CRIMINAL NO: 94-67 KAJ
                                   )
                                   )
LAMARE R. KISER                    )
A/K/A LAMOUR KISER                 )
          DEFENDANT                )
                                   )



MOTION REQUESTING EXTENSION OF
TIME TO FILE TRAVERSE IN RESPONSE
TO GOVERNMENT'S OBJECTION FOR
REDUCTION OF SENTENCE.

Comes now, the defendant, Lamare R. Kiser, in pro se,
and brings this instant motion for Extension Of Time To
File Traverse In Response to Government's Objection For
Reduction Of Sentence pursuant to Fed. R. Civil P. 8 (b).

On January 5th, 2006 the United States Attorney filed
an Objection For Reduction Of Sentence.

Defendant prays that this court will grant an extension
of time to file Traverse and avers as follows:

1

(1). Rule 4 (b) 4, Fed, R. App. P. allows a court to grant
an extension of an additional thirty (30) days in which
to file a notice of appeal, upon a showing of "exscusable"
neglect" or "good cause".

(2). Defendant argues that this same rule should apply in this
case, because there was no fault on his part that he recie-
ved his copy of the Government's objection uoutside of the
thirty (30) days in which he has to file a Motion In Travers
to Government's Objection.

(3) Defendant's copy of Objection For Reduction of Sentence was
mailed to the wrong adress and because of that he did'nt
recieve his copy until February 13th, 2006.

(4). This can be verified by Correctional Officer Brown who gave
defendant his mail on February 13th, 2006.

(5). Since defendant recieved his copy of Government's objection
outside of the thirty (30) days in which he should have
filed his Motion In Traverse, he should be given an additional
thirty (30) days to file his Traverse. (see affidavit, att.)

For the foregoing reasons, defendant asserts that this
court should grant his motion and give him permission to
file his Traverse in response to Government's Objection.

RESPECTFULLY SUBMITTED

LAMARE R. KISER

2

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

|                                      |     |                        |
|--------------------------------------|-----|------------------------|
| UNITED STATES OF AMERICA<br>PLAINTFF | )   |                        |
|                                      | )   |                        |
| V.                                   | )   | CRIMINAL NO; 94-67 KAJ |
|                                      | )   |                        |
| LAMARE R. KISER<br>A/K/A LAMOUR KISER<br>DEFENDANT | ) |        |

CERTIFICATE OF SERVICE

SWORN AFFIDAVT

MOTION FOR EXTENSION

I, LAMARE R. KISER, CERTIFY UNDER PENALTY OF PURJURY THAT
I MAILED ONE (1) COPY OF THE FOREGOING DOCUMENTS TO THE FOLLOW-
ING ADRESS;

UNITED STATES ATTORNEY'S OFFICE
DISTRICT OF DELAWARE
1007 ORANGE STREET SUITE 700
P.O. BOX 2046
WILMINGTON, DE. 19899-2046

2/16/06

LAMARE R. KISER

NOTE: The documents sent to Mr. Kiser , by the
       U.S. Attorney's Office were mailed to
       Sattelite Camp. Mr. Kiser is currently
       housed at the U.S. Penitentiary P.O.
       Box 1000, Marion, Il. 6295.


2/16/06

Lamare R. Kiser



Reg No 03940-015
US Penitentiary
P.O. Box 1000
Marion IL 62959

Office of the Clerk
United States District Court
844 King Street
Lockbox 18