

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF<br><br>V.<br><br>LAMARE R. KISER<br>A/K/A LAMOUR KISER<br>DEFENDANT | CRIMINAL NO: 94-67 KAJ |



FILED

FEB 21 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### AFFIDAVIT IN SUPPORT OF MOTION

I, Lamare R. Kiser, depose and say that i am the defendant in UNITED STATES v. KISER, criminal no: 94-67 KAJ.

I declare as follows:

(1). I am an inmate at U.S.P. MARION, IL. 62959

(2). On January 5th, 2006 an OBJECTION TO REDUCTION OF SENTENCE was filed in this court by Colm F. Connolly

(3). Ordinarily, a defendant has thirty (30) days in which to file a Traverse in response to the Government's OBJECTION TO REDUCTUION OF SENTENCE.

1

(4). Defendant recieved his copy of said OBJECTION TO REDUCTION OF SENTENCE today, February 13th, 2006, which is thirty nine (39) days after the objection was mailed.

(5). Defendant's OBJECTION TO REDUCTION OF SENTENCE was mailed to the wrong adress, delaying his reciept of said objection.

(6). Enclosed herewith, you will find the envelope in which OBJECTION OF REDUCTION OF SENTENCE was mailed.

(7). Correctional Officer Brown is a witness that defendant recieved his copy of objection on February 13th, 2006.

(8). Defendant respectfully request that the court take into account that since the "OBJECTION" was mailed to the wrong adress, this intervened with defendant's legal process and took away his opportunity to file a Traverse in response to the Government's objection and he asks that the court will permit him to file a Traverse outside of the ordinary thirty (30) days.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge.

LAMARE R. KISER

*[signature: Lamar Kiser]*

DATED: 2/16/06

James Ray #03610-015
U.S. Penitentiary
P.O. Box 1000
Marion IL 62959

Office of the Clerk
United States District Court
844 King Street
Lockbox 18