IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

)
)
)
)
UNITED STATES OF AMERICA )
               RESPONDANT )
)          CASE NO: 94-67 KAJ
)
       V. )
)
)
LAMARE R. KISER )
A/K/A )
LAMOUR KISER )
     PETITIONER )
)



FILED

APR - 6 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PD Scanned

TRAVERSE IN RESPONSEE TO GOVERNMENTS
OBJECTION TO REDUCTION OF SENTENCE

      Comes now petitioner, Lamare R. Kiser, in response to governments OBJECTION TO REDUCTION OF SENTENCE.

      In response to governments petition, Mr. Kiser respectfully asks that this Honorable court grant his 18 USC 3582 (c)(2) petition based on the fact that his current sentence does not correspond to sentencing goals set out in 3553 (a), by the United States Sentencing Commission. Petitioner submits that, the government has not challenged the initial facts pertaining to 3553 (a) presented in the initial 18 USC 3582 (c)(2) petition. Petitioner has simply asked that the court use it's newfound discretion provided by U.S. v. BOOKER to reduce the sentence.

which admonishes courts to recognize that imprisonment is not an appropriate means of promoting correction and rehabilitation, does not prohibit consideration of correction and rehabilitation. 18 USC 3553(a) includes correctional treatment as a factor to be considered in determining sentence length. U.S. v. DURAN (1994 C.A. 9 OR.) 37 F3d 557 94.

Finally, petitioner has submitted to the court facts that his sentence is in fact in direct contradiction to the specific mandate of 3553(a), the need to avoid unwarranted sentencing disparity and that the court , with it's newfound discretrion with U.S. v. Booker, is authorized to reduce the sentenc under 18 USC 3582 based upon his exceptional post- offense rehabilitation efforts.

DATED: 3/30/06

RESPECTFULLY SUBMITTED

LAMARE R. KISER

3

CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA          )
                 RESPONDANT       )
                                  )
        V.                        )          CASE NO: (94-67 KAJ
                                  )
                                  )
LAMARE R. KISER                   )
a/k/a LAMOUR                      )
        PETITIONER                )
                                  )

 

I, Lamare R. Kiser, of U.S.P. Marion Il. 62959, hereby certify under penalty of perjury that on *March 30,* 2006, I served the foregoing:

TRAVERSE IN RESPONSE TO
GOVERNMENTS OBJECTION TO
REDUCTION OF SENTENCE

by causing two copies of said document to be placed in the Mail at U.S.P. Marion Il. 62959, and adressed to the U.S. Attorney's Office as follows:

LAMARE R. KISER

*Lamare Kiser*

*United States Attorneys Office*
*1201 N. Market St.*
*Wilmington, De 19801*



CERTIFIED MAIL
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7005 3110 0003 3476 2101

Lamare Kiser 03640-015
Pennywood SC
P.O. Box 1000
Marion, IL 62959

Office of the Clerk
United States District Court
844 N. King St., Lockbox 18
Wilmington, De, 19801-3570