IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )   Criminal Action No. 94-67-KAJ<br>)<br>LAMARE R. KISER, a.k.a. )<br>LAMOUR KISER, )<br>)<br>Defendant. ) | |

**ORDER**

At Wilmington, this 28th day of November, 2006, IT IS HEREBY ORDERED that:

Lamare R. Kiser's motion to reduce his sentence pursuant to 18 U.S.C. 3582(c)(2) is **DENIED**. (D.I. 172.) Kiser's arguments do not trigger the provisions of § 3582(c)(2). First, the United States Supreme Court decision *United States v. Booker*, 543 U.S. 320 (2005) is not the equivalent of a Sentencing Guidelines amendment under § 3582(c)(2) that has lowered the sentencing range applicable to Kiser. *See United States v. Hall*, 2005 WL 1176049, at *3 n.4 (E.D. Pa. May 17, 2005)(explaining that *Booker* is unrelated to any change in the Guidelines and is therefore outside the scope of a sentence modification under 3582(c)(2)); *cf. United States v. McBride*, 283 F.3d 612, 615-16 (3d Cir. 2002)(no *Apprendi* premised § 3582(c)(2) relief). Second, Kiser's post-sentencing rehabilitative efforts also fail to provide a basis for

reducing his sentence under § 3582(c)(2). *See United States v. Coley*, 2005 WL 1107375 (D. Del. May 6, 2005).

_____
UNITED STATES DISTRICT JUDGE