94-67-KAJ

12/12/07

Dear Your Honorable K.A.J.,

It is my understanding that there were recent changes in the "Crack" cocaine offense laws, where as a defendant with a Base offense level of 32 can recieve a 2 level reduction in this sentence, a 27 month reduction.

I respectfully submitt that I was sentenced to 188 months in 1995. And if indeed this law is retroactive to my benefit, it would cause my immediate release from prison, as I've already served 155 months of that sentence.

Thank You
Lamase Kiser

FILED
DEC 17 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Lamare Kier 03646-015
Low Security Correctional Institution - Allenwood
P.O. Box 1000
White Deer, PA. 17887

HARRISBURG PA 171

13 DEC 2007  PM 4 L



Honorable K.A.J.
844 King Street
United States Courthouse
Wilmington, De 19801

"Legal Mail"

19801$3519