94-67-K.A.J.

FILED
DEC 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

12/16/07

Dear Your Honor, K.A.J.,

Due to the recent changes in the "crack" cocaine law and guideline changes, I respectfully ask that your honor appoint me counsel in order to assist and represent me before the court. I've sent a letter to Attorney James Natalie Jr. who represented me during trial my sentencing phase in hope that he would respond. I respectfully submit that, I am directly affected by these changes. It is my understanding that, the United States Sentencing Commission lowered the sentencing guidelines for defendants convicted of "crack" cocaine offenses who have a base offense level of 32, down to level 30 and recently made retroactive by the Sentencing Commission on December 11, 2007. I respectfully submit that, in February 1995 I was convicted of "crack" cocaine offenses and sentenced in May 1995 to 188 months in prison. I received a base offense level of 32 with a criminal history category of III. Under the new guidelines my base offense level would become 30 with the criminal history score remaining at III, and the new guideline range would become 121-151 months. Of my current guideline range of 151-188 months, I've been at this point credited with serving 155 months, 4 months over the maximum allowed under the new guideline range of 121-151 months, which should cause my immediate release from custody. I respectfully ask that your honor order my immediate release in applying the new guideline changes to my case and/or appoint me counsel in order to represent me before the court.

Further, if your honor can construe this letter as the proper petition required for appropriate relief, it would be greatly appreciated.

Respectfully,

94-67-K.A.J.

TO THE COURT:

 PLEASE NOTE THAT I AM CURRENTLY NOT ABLE TO SEND THE U.S. ATTORNEY A COPY OF THIS LETTER, AS I AM CURRENTLY BEING HELD IN THE SPECIAL HOUSING UNIT ON HOLDOVER STATUS PENDING TRANSFER TO ANOTHER FACILITY AND I DO NOT HAVE ACCESS TO MY PROPERTY WHICH CONTAINS THE ADRESS OF THE U.S. ATTORNEY. I RESPECTFULLY ASK THAT THE COURT FORWARD A COPY OF THE LETTER TO THE U.S. ATTORNEY.

RESPECTFULLY,
LAMARE KISER
*Lamare Kiser*

LAMARE R. KISER 03640-015
L.S.C.I. ALLENWOOD
P.O. BOX 1000
WHITE DEER, P.A. 17887

LAMAREKISER 03640-015
LOW SECURITY CORRECTIONAL INSTITUTIONS-ALLENWOOD HARRISBURG PA 171
P.O. BOX 1000
WHITE DEER, PA. 17887

17 DEC 2007 PM 2 L



CHAMBERS OF
HONORABLE K.A.J.
844 KING STREET
UNITED STATES COURTHOUSE
WILMINGTON, DE. 19801

"LEGAL MAIL"