94-67-KAJ

1/29/08

DEAR SIR,

PLEASE BE ADVISED OF CHANGE OF ADRESS. I AM NOW CURRENTLY HOUSED AT THE FOLLOWING ADRESS:

LAMARE KISER 03640-015
F.C.I. - ALLENWOOD
P.O. BOX 2000
WHITE DEER, PA. 17887

THANK YOU
*Lamare Kiser*
LAMARE KISER



FILED
FEB - 1 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

LAMARE KISER 03640-015
F.C.I. - ALLENWOOD
P.O. BOX 2000
WHITE DEER, PA. 17887

HARRISBURG PA 171
30 JAN 2008 PM 2 T

U.S.M.S.
X-RAY

OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
844 KING St.
WILMINGTON, DE 19801

"Legal Mail"