IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 94-67-2-SLR |
| | : | |
| LAMARE KISER, | : | |
| | : | |
| Defendant. | : | |

DEFENDANT'S MOTION FOR
RETROACTIVE COCAINE BASE SENTENCING REDUCTION

AND NOW comes the defendant, Lamare Kiser, by his attorney Edson A. Bostic, Federal Public Defender, and pursuant to 18 U.S.C. § 3582 (c) (2), files this Motion for Retroactive Cocain Base Sentencing Reduction.

In support of this motion, Mr. Kiser avers as follows:

1. By written report dated February 1, 2008, the United States Probation Office determined that defendant, Lamare Kiser, qualifies for the two-level guideline reduction, and that application of the two-level reduction produces a revised guideline range of 121 to 151 months imprisonment.

2. By letter dated February 13, 2008, the United States Attorney's Office agreed that the two-level adjustment could apply in this case, noted that the court might elect not to grant the adjustment, and requested that the Court impose the top sentence of 151 months imprisonment if the two-level adjustment is applied.

3. With the agreement of the client, defense counsel waives an evidentiary hearing, concurs in the Probation Officer's written report, and requests that the District Court consider a

sentence at the lower end of the revised guideline range, specifically , a sentence of 121 months imprisonment.

WHEREFORE, it is respectfully requested that Mr. Kiser's Motion for Retroactive Cocaine Base Sentencing Reduction be GRANTED.

Respectfully submitted,

_/s/_____
Edson A. Bostic
Federal Public Defender

Attorney for Defendant Kiser

Federal Public Defender's Office
One Customs House
704 King Street, Suite 110
Wilmington, Delaware 19801
302-573-6010
ecf_de@msn.com

Date:  February 21, 2008