94-67-KAJ SLR
2/20/08

DEAR SIR,

PLEASE TAKE NOTICE OF CHANGE OF ADRESS:

LAMARE KISER 03640-015
F.C.I. SCHUYLKILL
P.O. BOX 759
MINERSVILLE, PA. 17954-0759

Thank You
LAMARE KISER



FILED
FEB 26 2008

LAMARE KIRBY 03640-015
F.C.I. SCHUYLKILL
P.O. Box 759
MINERSVILLE, PA. 17954-0759

FILED
FEB 2 6 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

94cr67

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 KING ST.
WILMINGTON, DE. 19801

