AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Lamare Kiser | ) | Case No: 1:94CR00067-002 |
| | ) | USM No: ~~03640-015~~ |
| Date of Previous Judgment: April 24, 1995 | ) | Edson Bostic |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has

**IT IS ORDERED** that the motion is:
☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  188  months is reduced to  Time Served  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:  32         Amended Offense Level:  30
Criminal History Category:  III        Criminal History Category:  III
Previous Guideline Range:  151 to 188 months    Amended Guideline Range:  121 to 151 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X  The reduced sentence is within the amended guideline range.

☐ Other (explain):   The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure and the reduced sentence is comparably less than the amended guideline range.

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated  4/24/1995  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  March 3, 2008                    _____
                                                Judge's signature

Effective Date:  March 3, 2008                Sue L. Robinson, U.S.D.J.
(if different from order date)                 Printed name and title